Pessia *v.* The Curro Construction Company, Appellant.

Argued April 10, 1967.
*James C. Bly,* for appellant; *Joseph Graff,* for appellee.

Judgment affirmed.

Sanders Unemployment Compensation Case.
Inland Products Company *v.* Unemployment Compensation Board of Review.

Argued April 13, 1967. *Herbert I. Osgood,* with him *Robert N. McGee, Jr.,* for employer, appellant; *Sydney Reuben,* Assistant Attorney General, with him *William C. Sennett,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

Schawl *v.* Buzard et al., Appellants.

Argued April 12, 1967. *John B. McCue,* with him *McCue & Bertocchi,* for appellants; *Robert E. Ashe,* with him *Ashe & Ashe,* for appellee.

Order affirmed.